UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAWN FELDMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-13199** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "J" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Dawn Feldman's Supplemental Security Income Benefits is **AFFIRMED.**

New Orleans, Louisiana, this 27th day of April, 2017.

*[signature]*
**UNITED STATES DISTRICT JUDGE**